[No. 30995-1-I.    Division One.    May 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID GATES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-01739-0, Arthur E. Piehler, J., entered June 22, 1992. *Remanded with instructions* by unpublished per curiam opinion.

[No. 32834-4-I.    Division One.    May 2, 1994.]

ALOIS AMMANN, *Appellant*, v. LARRY'S MARKETS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-20831-0, Charles W. Mertel, J., entered May 10, 1993. *Reversed* by unpublished opinion per Coleman, J., concurred in by Grosse and Agid, JJ.

[No. 30261-2-I.    Division One.    May 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD A. BAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-01528-1, Gerald L. Knight, J., entered February 7, 1994. *Dismissed* by unpublished per curiam opinion.